# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Youchah, Elayna J. | **2. Court or Organization**<br><br>U.S. District Court for the District of Nevada | **3. Date of Report**<br><br>01/19/2022 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Youchah, Elayna J.** | 01/19/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Youchah, Elayna J.** | 01/19/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    IRA #1 (H) | | | | | | | | | |
| 2.    AMERICAN BEACON LONDON CO Income equity Fd | B | Dividend | | | Sold | 06/10/20 | K | D | |
| 3.    Artisan Partners Fd High Income Fd | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 4.    BLACKROCK FDS V Strategic Income Optn Port | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 5.    Causeway Cap Mgmt Intl Value | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 6.    Fidelity Advisor Growth Opp fund | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 7.    Fidelity Advisor Intl Capital Appreciation fd | A | Dividend | K | T | Buy | 06/22/20 | J | | |
| 8.    First Trust Value Line dividend | B | Dividend | K | T | Buy | 06/10/20 | K | | |
| 9.    FIRST EAGLE GLOBAL FUND | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 10.   Frost Family Funds Total Return Bond Fund | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 11. | | | | | Sold (part) | 06/22/20 | J | A | |
| 12. | | | | | Sold (part) | 09/16/20 | J | A | |
| 13.   Guggenheim Fds Tr | A | Dividend | J | T | Buy | 06/22/20 | J | | |
| 14.   Harding loevner Intl Equity Portfolio | A | Dividend | | | Buy | 06/10/20 | J | | |
| 15. | | | | | Sold | 06/22/20 | J | A | |
| 16.   ISHARES CORE S&P SMALL CAP ETF | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 17.   ISHARES CORE S&P MID CAP ETF | A | Dividend | | | Sold | 06/10/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Ishares Core S&P 500 ETF | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 19. | | | | | | Sold (part) | 09/16/20 | J | A | |
| 20. | Ishares JPmorgan Emerging Markets | A | Dividend | J | T | Buy | 09/16/20 | J | | |
| 21. | Ishares Trust MBS Etf | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 22. | I shares Inc MSCI Eurozone ETf | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 23. | CLEARBRIDGE LARGE CAP GROWTH | A | Dividend | | | Sold | 06/10/20 | K | E | |
| 24. | LAZARD INTERNATIONAL EQUITY | A | Dividend | | | Sold | 06/10/20 | K | A | |
| 25. | Madison Funds mid Cap Fund | A | Dividend | K | T | Buy | 06/10/20 | K | | |
| 26. | New World Fund Inc | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 27. | Select Sector Spdr Tr industrial Select | A | Dividend | | | Buy | 06/11/20 | J | | |
| 28. | | | | | | Sold | 08/13/20 | J | A | |
| 29. | Select Sector SPDR Tr Utilities | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 30. | Select Sector SBI Consumer Staples | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 31. | Vanguard Index fund Small Cap etf | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 32. | Vanguard FTSE Developed markets ETF | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 33. | | | | | | Sold (part) | 08/11/20 | J | A | |
| 34. | VIRTUS OPPORTUNITIES TR Contobel Emrg Mrkets oppts | A | Dividend | | | Sold | 06/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WESTERN ASSET CORE PLUS BOND | B | Dividend | K | T | Sold (part) | 06/10/20 | K | A | |
| 36. | | | | | | | | | |
| 37. IRA 2 (H) | | | | | | | | | |
| 38. BAIRD FDS INC Short Term Bond Fd | A | Dividend | J | T | | | | | |
| 39. BNY MELLON INVESTMENT FDS I Global FX Income FD | A | Dividend | J | T | | | | | |
| 40. FIDELITY ADVISOR STRATEGIC Income FD | A | Dividend | J | T | | | | | |
| 41. FIDELITY ADVISOR LIMITED Term Bond Fd | A | Dividend | J | T | | | | | |
| 42. INVESCO EXCHANGE TRADED FD TR Preferred ETF | A | Dividend | J | T | | | | | |
| 43. JPMORGAN TR I Strategiv Income Opptys Fd | A | Dividend | J | T | | | | | |
| 44. MFS CORPORATE BOND FUND | A | Dividend | K | T | | | | | |
| 45. OWL ROCK II CAPITAL CORPORATION | E | Dividend | N | T | Buy (add'l) | 01/30/20 | J | | |
| 46. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 47. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 48. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 49. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 50. | | | | | Buy (add'l) | 07/02/20 | J | | |
| 51. | | | | | Buy (add'l) | 07/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Youchah, Elayna J.** | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 10/29/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 11/29/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 57. WESTERN ASSET CORE BOND FUND | A | Dividend | K | T | | | | | |
| 58. BLACKROCK SCIENCE & TECHNOLOGY | D | Dividend | M | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Youchah, Elayna J.** | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 70. ARTISAN PARTNERS FDS INC High Income Fd Advisors | C | Dividend | K | T | Buy | 07/17/20 | K | | |
| 71. | | | | | Buy<br>(add'l) | 07/26/20 | J | | |
| 72. | | | | | Sold<br>(part) | 10/17/20 | J | | |
| 73. CAUSEWAY CAP MGMT TR Value FD | A | Dividend | K | T | Sold<br>(part) | 01/14/20 | J | A | |
| 74. EATON VANCE EMERGING MKTS Local Income | B | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 75. FIDELITY ADVISOR GROWTH Opportunities Fd | A | Dividend | K | T | Sold<br>(part) | 01/14/20 | K | | |
| 76. FIRST TR VALUE LINE DIVID | B | Dividend | K | T | Sold<br>(part) | 07/17/20 | K | | |
| 77. FIRST TRUST PREFERRED Sec and Income ETF | B | Dividend | K | T | Sold<br>(part) | 07/17/20 | K | | |
| 78. Flex Shares International quality dividend | A | Dividend | | | Sold<br>(part) | 01/14/20 | J | A | |
| 79. | | | | | Sold | 03/31/20 | K | | |
| 80. FROST FAMILY OF FDS Total Return BD Fd | A | Dividend | K | T | Sold<br>(part) | 03/31/20 | J | | |
| 81. | | | | | Sold<br>(part) | 06/22/20 | K | | |
| 82. | | | | | Sold<br>(part) | 09/16/20 | J | | |
| 83. HARDING LOEVNER FUNDS INC Intl Equity Port | A | Dividend | | | Sold<br>(part) | 01/14/20 | J | A | |
| 84. | | | | | Sold | 06/22/20 | K | A | |
| 85. ISHARES CORE S&P 500 ETF | A | Dividend | K | T | Sold<br>(part) | 05/20/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/03/20 | J | A | |
| 87. | | | | | Sold (part) | 09/16/20 | K | | |
| 88. ISHARES TRUST IShares MBS ETF | A | Dividend | J | T | Sold (part) | 03/31/20 | J | A | |
| 89. | | | | | Sold (part) | 06/03/20 | J | A | |
| 90. Ishares core s&p Small Cap | A | Dividend | | | Sold (part) | 01/14/20 | J | A | |
| 91. | | | | | Sold | 03/20/20 | K | | |
| 92. Ishares core s&p Mid cap | A | Dividend | | | Sold | 03/05/20 | L | | |
| 93. Madison Fd Mid Cap | C | Dividend | L | T | Buy | 03/05/20 | L | | |
| 94. NEW WORLD FD INC NEW | A | Dividend | K | T | | | | | |
| 95. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 96. PIMCO FDS Intl Bd Fd Unhedged I 2 | A | Dividend | K | T | Sold (part) | 01/14/20 | K | | |
| 97. Pimco Interntl bd fd | A | Dividend | | | Buy | 01/14/20 | K | | |
| 98. | | | | | Sold | 03/31/20 | K | | |
| 99. SELECT SECTOR SPDR TRUST S7P BK etf | A | Dividend | | | Sold (part) | 01/14/20 | J | A | |
| 100. | | | | | Sold | 01/24/20 | K | B | |
| 101. Select Sector Spdr Tr Industrial Select | B | Dividend | | | Buy | 05/20/20 | J | | |
| 102. | | | | | Buy (add'l) | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 08/13/20 | K | C | |
| 104. Schwab strategic Tr Intermediate term us treasury | A | Dividend | J | T | Sold (part) | 03/31/20 | J | A | |
| 105. | | | | | Sold (part) | 06/03/20 | K | B | |
| 106. VANGUARD FUNDS FTSE Developed markets | A | Dividend | | | Sold (part) | 01/14/20 | J | A | |
| 107. | | | | | Sold | 08/11/20 | K | | |
| 108. WESTERN ASSET CORE BOND FUND | B | Dividend | L | T | Sold (part) | 03/31/20 | J | A | |
| 109. | | | | | | | | | |
| 110. Trust #3 (H) | | | | | | | | | |
| 111. AB MUNI INCOME FUND NATIONAL | A | Dividend | | | Sold | 08/03/20 | J | | |
| 112. BLACKROCK STRATEGIC MUN | A | Dividend | | | Sold | 08/03/20 | J | | |
| 113. Frost Family Total Return Bond Fd | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 114. | | | | | Sold (part) | 09/16/20 | J | A | |
| 115. Ishares Core S& P 500 etf | A | Dividend | J | T | Sold (part) | 09/16/20 | J | A | |
| 116. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 117. ISHARES MSCI EAFE ETF | A | Dividend | | | Sold | 09/16/20 | J | | |
| 118. ISHARES TRUST International Select Dividend ETF | A | Dividend | | | Sold | 08/03/20 | J | | |
| 119. Western Asset New York Muni Fund CL I | A | Dividend | | | Sold | 08/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  ISHARES CORE HIGH DIVIDEND ETF | A | Dividend | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 121. | | | | | Sold | 08/03/20 | K | | |
| 122.  VANGUARD SPECIALIZED FUNDS<br>Dividend Appreciation | A | Dividend | | | Sold | 08/03/20 | J | A | |
| 123.  Madison Funds Mid Cap fd | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 124.  Vanguard FTSE Developed markets ETF | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 125. | | | | | Sold<br>(part) | 08/11/20 | J | A | |
| 126.  Causeway Cap Mgmt Tr | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 127.  Eaton Vance Emerging Markets Local<br>Income Fd | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 128.  Fidelity Advisor Growth Opp Fd | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 129.  Fidelity Advisor International Capt<br>Appreciation | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 130.  First Trust Value Line Divd index | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 131.  First Trust Preferred Sec and income | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 132.  Guggenheim Fds Tr total return BD fd | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 133.  New World Fund | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 134.  Pimco International Bnd Fd Unhedged I2 | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 135.  Schwab Strategic Tr Intermediate Term US | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 136.  Vanguard Index Fds Small Cap ETF | A | Dividend | J | T | Buy | 08/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Vanguard FTSE Developed Market | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 138.  Western Asset Core Bond Fund | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 139. | | | | | | | | | |
| 140.  Trust #3 (H) | | | | | | | | | |
| 141.  ISHARES CORE S&P 500 ETF | B | Dividend | M | T | | | | | |
| 142.  ISHARES TIPS BOND ETF | A | Dividend | J | T | | | | | |
| 143.  ISHARES TRUST 3 to 7 year treasury bd ETF | A | Dividend | J | T | | | | | |
| 144.  ISHARES IBOXX $ HIGH YIELD | A | Dividend | | | Sold | 07/30/20 | J | A | |
| 145.  ISHARES TRUST ISHARES MBS ETF | A | Dividend | K | T | | | | | |
| 146.  ISHARES TR Core MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 147.  ISHARES CORE MSCI EMERGINGISHARES TR | A | Dividend | K | T | | | | | |
| 148.  INVESCO EXCHANGE TRADED FD TR Invesco Preferred ETF | A | Dividend | | | Sold | 07/30/20 | J | A | |
| 149.  VANGUARD SHORT TERM BOND ETF | A | Dividend | J | T | | | | | |
| 150.  VANGUARD INDEX FUNDS Vanguard Growth ETF | A | Dividend | L | T | Sold (part) | 07/30/20 | K | D | |
| 151.  Vanguard Index Value fund | A | Dividend | | | Sold | 03/12/20 | L | | |
| 152.  VANECK VECTORS ETF TRUST JP morgan EM Local Currency Bd ETF | A | Dividend | | | Sold | 07/30/20 | J | | |
| 153.  WESTERN ASSET CORE PLUS BOND | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Youchah, Elayna J.** | 01/19/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. POWERSHARES GLOBAL EXCHANGE EM Sovereign Debt | A | Dividend | | | Sold | 07/30/20 | J | | |
| 155. Vanguard Small vap value ETF | A | Dividend | K | T | | | | | |
| 156. SPDR SERIES TRUST Nuveen Bloomberg Barclays Short Term Muni Bd ETF | A | Dividend | J | T | | | | | |
| 157. Guggenheim Fds Total return bond fd | A | Dividend | K | T | Buy | 07/30/20 | K | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Youchah, Elayna J. | 01/19/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elayna J. Youchah**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544